IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CAROLE FAYE BUCHANAN, | ) | NO.: 15-06512 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACK B. SCHMETTERER |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON November 1, 2017 at 09:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn St., Chicago, Illinois 60604, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on October 25, 2017, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Toni  Townsend
/s/Toni  Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. BK-005533-17

## NOTICE OF MOTION ADDRESSES

To Trustee:            *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

To Debtor:
Carole Faye Buchanan           *Served via U.S. Mail*
Fka Carole Thomas
8633 S. Cregier
Chicago, IL 60617

To Co-Debtor:           *Served via U.S. Mail*
Ray C. Thomas
8458 S Bennett Ave
Chicago, IL 60617

To Attorney:           *by Electronic Notice through ECF*
Geraci Law, L.L.C.
55 E Monroe Suite 3400
Chicago, IL 60603

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. BK-005533-17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| CAROLE FAYE BUCHANAN | ) NO.: 15-06512 |
| *fka* CAROLE THOMAS, | ) |
| | ) CHAPTER 13 |
| Debtor, | ) |
| | ) JUDGE: JACK B. SCHMETTERER |
| | ) |

# MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES Wells Fargo Bank, NA by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 8633 S Cregier Avenue, Chicago, Illinois 60617 be Modified stating as follows:

1. On February 25, 2015, the above captioned Chapter 13 was filed.

2. On July 08, 2015, the above captioned Chapter 13 was confirmed.

3. Wells Fargo Bank, NA services the first mortgage lien on the property located at 8633 S Cregier Avenue, Chicago, Illinois 60617.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Wells Fargo Bank, NA. Post-petition payments are $354.55.

5. The post-petition mortgage payments are due and owing for June 20, 2017. The default to Wells Fargo Bank, NA is approximately $1,418.20 through September 2017.

6. Wells Fargo Bank, NA also seeks to modify the stay as to co-debtor Ray C. Thomas pursuant to 11 U.S.C. §1301(a).

7. The plan is in material default.

8. Wells Fargo Bank, NA continues to be injured each day it remains bound by the Automatic Stay.

9. Wells Fargo Bank, NA is not adequately protected.

10. The property located at 8633 S Cregier Avenue, Chicago, Illinois 60617 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 8633 S Cregier Avenue, Chicago, Illinois 60617, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Wells Fargo Bank, NA to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Toni Townsend*
Toni Townsend
Illinois Bar No. 6289370
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com